UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
              :
UNITED STATES OF AMERICA,    :
              :
      v.              :          87-CR-132 (VSB)
              :
MARK REITER              :          **ORDER**
              :
           Defendant.  :
              :
-------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/26/2020

<u>VERNON S. BRODERICK</u>, United States District Judge:

On June 30, 2020, Defendant Reiter filed his first motion for compassionate release. (Doc. 453). On July 23, 2020, I issued an Opinion and Order denying the motion, without prejudice. (Doc. 454.) I am in receipt of Defendant Mark Reiter's second motion for compassionate release, filed on August 19, 2020. (Doc. 455.) Accordingly, it is hereby:

ORDERED that the Government shall file opposition, if any, to Defendant Reiter's second motion for compassionate release, (Doc. 455), within 30 days of this Order.

The Clerk's Office is respectfully directed to send a copy of this Order and of the Opinion and Order filed on July 23, 2020, Document 454, to the Defendant.

SO ORDERED.

Dated:   August 26, 2020
           New York, New York

*Vernon Broderick*
Vernon S. Broderick
United States District Judge