```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
                                                      :
UNITED STATES OF AMERICA                              :
                                                      :
                -v-                                   :
                                                      :      87-CR-132 (VSB)
MARK REITER,                                          :
                                                      :           ORDER
                              Defendant.              :
                                                      :
------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __2/11/2021__

VERNON S. BRODERICK, United States District Judge:

I am in receipt of Defendant Mark Reiter's Motion to Supplement the Record, dated January 28, 2021. (Doc. 463.) In Reiter's motion, he indicates that on December 17, 2020 ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ (*Id.*) Given this development, the Government is directed to provide this Court with an update on Reiter's health as soon as possible. Reiter's Motion to Supplement the Record, (Doc. 463), is GRANTED.

The Clerk of Court is respectfully directed to mail this order to Defendant Reiter.

SO ORDERED.

Dated: February 11, 2021
       New York, New York

*Vernon Broderick* (signature)

Vernon S. Broderick
United States District Judge