UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

UNITED STATES OF AMERICA :

    -against- :

: 

MARK REITER :

: 

------------------------------------x

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  7/16/2021
```

**ORDER**

87-CR-132 (VSB)

Docket #

Brought before this Court is an application for the appointment of counsel pursuant to the Criminal Justice Act. Upon the request of the undersigned attorney and the consent of the defendant, and

According to Section VII(D) of the Southern District of New York's Revised Plan for Furnishing Representation pursuant to the Criminal Justice Act (CJA Plan), the Court having found that there is good cause which renders it in the interests of justice to appoint an attorney not employed by the Federal Defenders of New York, Inc. or a member of the Criminal Justice Act Panel to represent the defendant,

IT IS HEREBY ORDERED that _____Harlan Protass_____ is appointed to represent the defendant. This appointment shall constitute a temporary appointment to the CJA Panel for the purposes of this case only. The attorney is hereby directed to contact the CJA Clerk, (212) 805-0640, regarding billing practices.

_____[signature]_____
Attorney's Signature

Harlan Protass
Print Attorney's Name

Protass Law PLLC
Address

260 Madison Ave., 22nd Floor

New York, NY 10016

Telephone

W. 212-455-0335
M. 917-733-3901

_____[signature]_____
Defendant's Signature

SO ORDERED:

_____Vernon Broderick_____
Presiding Judge

7/7/2021
DATED

_____/s/ Laura Taylor Swain_____
Chief Judge

7/15/2021
DATED