```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
                                                      :
UNITED STATES OF AMERICA                              :
                                                      :
            -v-                                       :
                                                      :           87-CR-132 (VSB)
MARK REITER,                                          :
                                                      :               ORDER
                              Defendant.              :
                                                      :
------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/21/2021

<u>VERNON S. BRODERICK, United States District Judge</u>:

On April 15, 2021, I issued an Opinion & Order ("April Opinion & Order") stating that I would benefit from Defendant Mark Reiter ("Reiter") receiving the assistance of counsel to more specifically address the legal issues raised by his compassionate release motion and to supplement the factual record of Reiter's incarceration history, including his conditions of confinement during the COVID-19 pandemic and his alleged rehabilitation.  (Doc. 469.)  On July 16, 2021, I appointed attorney Harlan Protass to represent Reiter in connection with his motion for compassionate release.  (Doc. 484.)  On or before July 27, 2021, the parties are directed to meet and confer and to submit a proposed briefing schedule for the supplemental briefing I requested in my April Opinion & Order.

SO ORDERED.

Dated: July 21, 2021
       New York, New York

                                                    Vernon S. Broderick
                                                    United States District Judge