```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,                     :
                                              :
            v.                                :        87-CR-132 (VSB)
                                              :
MARK REITER,                                  :           ORDER
                                              :
                         Defendant.           :
                                              :
------------------------------------------------------------X
```

VERNON S. BRODERICK, United States District Judge:

Before me are (1) Defendant Mark Reiter's supplemental memorandum of law in support of his motion for a sentence reduction pursuant to 18 U.S.C. § 3582(c)(1)(A), (Doc. 490); (2) the Government's opposition, (Doc. 491); (3) Defendant's reply, (Doc. 494); (4) the Government's letter in response to my Order of April 7, 2022, (Doc. 497); and (5) Defendant's letter in reply, (Doc. 498).

In evaluating Defendant's motion for a sentence reduction, I would still benefit from more information from the Government. In particular, on or before October 12, 2022, the Government is directed to provide any information it has, including but not limited to any 404(b) letter or enterprise letter, concerning Defendant's involvement in the events alleged in *United States v. Stancell*, 95 CR 503 (N.D. Ga. 1996), including the murder of William Bright. *See* Brief for Appellee, *United States v. Stancell*, No. 96-8982, 1997 WL 33626013 (11th Cir. Apr. 16, 1997); *see also Orena v. United States*, 956 F. Supp. 1071, 1110 (E.D.N.Y. 1997).

SO ORDERED.

Dated:   September 14, 2022
         New York, New York

Vernon S. Broderick
United States District Judge