

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

October 11, 2022

**BY ECF AND EMAIL**

The Honorable Vernon S. Broderick
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

APPLICATION GRANTED
SO ORDERED
VERNON S. BRODERICK
U.S.D.J.  10/13/2022

    **Re:** *United States v. Mark Reiter,* **87 Cr. 132 (VSB)**

Dear Judge Broderick:

    The Government respectfully submits this letter to request a one-week extension of the October 12, 2022 deadline set in the Court's Order dated September 14, 2022, directing the Government "to provide any information it has, including but not limited to any 404(b) or enterprise letter, concerning Defendant's involvement in the events alleged in *United States v. Stancell*, 95 Cr. 503 (N.D. Ga. 1996), including the murder of William Bright." (Dkt. 499). The Government recently identified and retrieved four boxes of documents relating to the *Stancell* case from archives. The Government requests the additional time to continue its review of the contents of the boxes for relevant documents. Defense counsel consents to this request. In addition, defense counsel has advised the Government of defense counsel's anticipated request for two weeks within which to file a response to the Government's submission. The Government consents to this request. Accordingly, the parties respectfully request that the Court endorse the following schedule: (1) on or before October 19, 2022, the Government shall file its response to the Court's Order dated September 14, 2022; (2) on or before November 2, 2022, the defendant shall file any response to the Government's submission.

    Respectfully submitted,

    DAMIAN WILLIAMS
    United States Attorney for the
    Southern District of New York

By: ___/s_____
    Timothy V. Capozzi
    Assistant United States Attorney
    (212) 637-2404

cc: Harlan Protass, Esq.