UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------ x
                                 :
UNITED STATES OF AMERICA        :
                                 :
    -v.-                              :            87 Cr. 132 (VSB)
                                 :
MARK REITER,                         :
                                 :
             Defendant.      :
------------------------------ X

        Upon the application of the United States of America, DAMIAN WILLIAMS, United States Attorney for the Southern District of New York, by and through Assistant United States Attorney Timothy V. Capozzi, of counsel, for an order precluding the dissemination of materials retrieved by the Government in response to the Court's September 14, 2022 Order in this case (the "*Stancell* Materials") and made available to defense counsel for inspection pursuant to *Brady*, which materials may contain sensitive information relating to, among other things, the identities of cooperating witnesses, and with the consent of defendant MARK REITER (the "defendant") and his defense counsel, it is hereby ORDERED that:

        Defense counsel is precluded from copying, recording, disclosing, and/or otherwise disseminating any of the *Stancell* Materials or the information contained therein made available for inspection pursuant to this Order unless and until defense counsel (a) obtains consent of the Government or (b) such consent is denied by the Government and defense counsel thereafter

obtains an order of this Court allowing such further dissemination. In pursuit of such an order authorizing further dissemination, defense counsel is permitted to provide the Court with a copy of the material or materials at issue for in camera review.

AGREED AND CONSENTED TO:

DAMIAN WILLIAMS
United States Attorney

By: _____  Date: November 7, 2022
Timothy V. Capozzi
Assistant United States Attorney

_____  Date: November 7, 2022
Harlan Protass, Esq.
Counsel for Defendant Mark Reiter

Dated: New York, New York
November 8, 2022

_____
THE HONORABLE VERNON S. BRODERICK
UNITED STATES DISTRICT JUDGE