UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
UNITED STATES OF AMERICA,                    :
                                             :
            v.                               :     87-CR-132 (VSB)
                                             :
MARK REITER,                                 :     **ORDER**
                                             :
            Defendant.                       :
                                             :
------------------------------------------------------X

<u>VERNON S. BRODERICK</u>, United States District Judge:

On October 19, 2022, the Government filed a letter responding to questions that I posed in an Order dated September 14, 2022. (Doc. 502.) In a footnote, the Government said, "The Government will provide Reiter's counsel with a copy of what it understands to be the relevant FBI 302; at the Court's request, the Government will provide a copy to the Court." (*Id.* at 2 n.3.) Accordingly, it is hereby

ORDERED that the Government provide a copy of the relevant FBI 302 to the Court on or before November 18, 2022.

SO ORDERED.

Dated:   November 16, 2022
         New York, New York

                                                    Vernon S. Broderick